UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO  00-6162-CR-Roettger

UNITED STATES OF AMERICA
    Plaintiff

v.

Sam Jones
    Defendant

ORDER ON INITIAL APPEARANCE

Language  English
Tape No.  00-
AUSA  Rice
Agent

The above-named defendant having been arrested on 6-15-00 _____ having appeared before the court for initial appearance on 6-16-00 and proceedings having been held as a result,

ORDERED as follows:

1. _____ appointed as _____ counsel for record
   Address _____
   Zip Code _____

2. _____ Retained _____ Defendant _____
   Address _____
   Zip Code _____

3. The defendant _____

4. Arraignment/Prelim XXXXXXXXXXXXX inquiry hearing is set for _____

5. The defendant is held in temporary _____ pretrial detention (1) because
   A detention hearing pursuant to 18 U.S.C. (3142) is set for 6-_____ -00

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142:
   PTD Requested

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
___ b. Report to Pretrial Services as follows: _____ times a week by phone, _____ times a week in person; other _____
___ c. Submit to random drug testing by Pretrial Services for the use of non-physician prescribed substances prohibited by law
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
___ h. Comply with the following curfew _____

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set _____ At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

___ The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of June, 2000.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
 WHITE to Court file
 BLUE to defendant
 GREEN to Assistant U.S. Attorney
 YELLOW to Counsel
 PINK to U.S. Marshal
 GOLD to Pretrial Services

SD F 55-1
Rev 01/00