UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )
                Plaintiff )   U.S. Marshal # **55345-004**
                           )   Case Number: CR **00-6162-CR-NCR**
                           )   REPORT COMMENCING CRIMINAL
    -vs-                   )              ACTION
                           )
**SAMUEL L. JONES**        )
                Defendant

TO: Clerk's Office    MIAMI    **(FT. LAUDERDALE)**    W. PALM BEACH
    U.S. District Court           (circle one)

FILED by _____ D.C.
**JUN 1 6 2000**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: **6/15/00    5:00 am/(pm)**

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE**
    **POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**
    TITLE 21
    SECTION
    841(a)(1)

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **1/21/67**

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# **00-6162**

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SOUTHERN DISTRICT OF FLORIDA**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **6/15/00**  (9) Arresting Officer: **TED TARANU DET BSO**

(10) Agency: **BROWARD SHERIFFS OFFICE**  (11) Phone: _____

(12) Comments: _____