| | | | |
|---|---|---|---|
| DEFT: | Sam Jones (J)# | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice *present* | ATTNY: | Darryl Wilcox |
| AGENT: | ✓ | VIOL: | 21:46,841; 18:1956; 21:853 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no          COUNSEL APPOINTED: FPD

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Δ - advised of charge
Indictment unsealed
Δ - sworn for counsel

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Δ - asks for addl time
for PTD hrg -
Granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-26-00 | 10:30 | SNOW ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-30-00 | 11:00 am | SNOW ✓ |

DATE: 6-16-00       TIME: 11:00am       TAPE # 00-052       PG # 8

400 - 1410

25
m