FILED by _____ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR_Roettger

UNITED STATES OF AMERICA

vs

Sam Jones

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry Seltzer on 6-16-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:                Address: In Custody

                          Telephone: _____

DEFENSE COUNSEL:          Name: FPD

                          Address: _____

                          Telephone: _____

BOND SET/CONTINUED:       $ PTD Requested

Bond hearing held: yes_____  no  X   Bond hearing set for  6-26-00

Dated this   16   day of   June  , 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No.  CC 052

cc: Clerk for Judge
    U. S. Attorney

26