# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    484 005

UNITED STATES OF AMERICA

V.

SAM JONES, a/k/a "Sam Tyson"

TO      The United States Marshal
        and any Authorized United States Officer

# WARRANT FOR ARREST

CASE NUMBER: **00 - 6162**

**CR - ROETTGER**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest__ SAM JONES, a/k/a Sam Tyson _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X |Indictment | |Information | |Complaint | Order of court | |Violation Notice | |Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND POSSESSION WITH INTENT TO DISTRIBUTE
COCAINE

in violation of Title 21_ United States Code, Section(s) __846 and 841(a)(1)_____

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

_Issuing Officer_

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $_____

BARRY S. SELTZER
by __MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/00 | FOR:   FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest