## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SAM JONES (J)   CASE NO: 00-6162-CR-ROETTGER

AUSA: KATHLEEN RICE /s/   ATTY: FPD - Art Hunt

AGENT: _____   VIOL: _____

PROCEEDING PTD HEARING   RECOMMENDED BOND _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: _____

gov't proceeded by proffer

S/A Andrew Thompson sworn for cross

PTD Ordered — danger + risk of flight

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
_____   PTD/BOND HRG: _____
_____   PRELIM/ARRAIGN: _____
_____   REMOVAL HRG: _____
_____   STATUS CONF: _____

Date: 6/23/00   Time 1:30 PM   FTL/LSS TAPE #00- 033   Begin: 2177   End: 1136
400-034

*FILED by D.C. JUN 23 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*