UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BARRY SMITH, a/k/a "Scar," | ) |
| BERNARD SMITH, a/k/a "Fatboy," | ) |
| SAM JONES, a/k/a "Sam Tyson," | ) |
| ELLIOT AIKEN, a/k/a "Pig," | ) |
| RAYMOND HICKS, | ) |
| ASIA NELSON, a/k/a "Adrian," | ) |
| EARL PARKER and | ) |
| WILLIE WALKER, a/k/a "Unc," | ) |
| | ) |
| Defendants. | ) |



## NOTICE OF SERVICE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this notice of service advising the Court that on July 18, 2000, the Government hand-delivered a copy of the Government's Response to Standing Discovery Order, dated June 30, 2000, to Manny Gonzalez, Esquire, counsel for Asia Nelson; on July 21, 2000, the Government hand-delivered a copy of the Government's Response to Standing Discovery Order to, counsel for Elliot Aiken; on July 19, 2000, the Government served via United States mail, a copy of the Government's Response to Standing Discovery Order upon Vincent Flynn, Esquire, counsel for Defendant Willie Walker; and on July 31, 2000, the

Government served via United States mail, a copy of the Government's Response to Standing Discovery Order and the Government's Motion to Delay Compliance with Paragraphs "D" and "E" of the Standing Discovery Order upon Randee Golder, Esquire, counsel for Defendant Barry Smith.

In addition, each counsel has been provided a diskette containing each of the Applications, Affidavits and Orders pertaining to the interception of wire communications in the above-styled cause.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By:   _____
    KATHLEEN RICE
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 100765
    500 East Broward Blvd., Seventh Floor
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255, ext. 3512
    Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 31st day of July, 2000 to: Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Florida 33129-2335; Randee Golder, Esquire, Post Office Box 3756, Boynton Beach, Florida 33424; Patrick Hunt, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301; Martin A. Feigenbaum, Esquire, Museum Tower - Suite 1565, 150 West Flagler Street, Miami, Florida 33130; Steven Kassner, Esquire, 815 Ponce de Leon Boulevard, Suite 303, Coral Gables, Florida 33134-3007; Manuel Gonzalez, Jr., Esquire, 780 NW 42nd Avenue, Suite 318, Miami, Florida 33126-5536; Vincent Flynn, Esquire, 1221 Brickell Avenue, Suite 602, Miami, Florida 33131-3260; and Michael Entin, Esquire, One East Broward Boulevard, Suite 1500, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY