DEFT: Sam Jones (J)# *Rapin / Rosenbaum*  
CASE NO: 00-6162-CR-Roettger(s)

AUSA: Kathleen Rice  
ATTNY: FPD: Pat Hunt *present*

AGENT: ___  
VIOL: ___

PROCEEDING: Arraignment on SS Indictment  
BOND REC: ___

BOND HEARING HELD - yes/no  
COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
     ___ Electronic Monitoring ___

Reading of Indictment waived  
Not Guilty plea entered  
___

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___  
PTD/BOND HEARING: ___  
PRELIM/ARRAIGN. OR REMOVAL: ___  
STATUS CONFERENCE: ___

DATE: 10-27-00   TIME: 11:00am   TAPE # 00-086   PG # 2

312-373

156