FILED ___ ___ D.C.

OCT 2 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6162-CR-ROETTGER** (s)

**UNITED STATES OF AMERICA**

**vs**

**SAM JONES**

## ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on _October 27, 2000,_ where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.   The following information is current as of this date:

In Custody

DEFENDANT:          Address:_____

_____

Telephone:_____

DEFENSE COUNSEL:    Name:_____ FPD _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:   $_____ Cont'd in custody _____

Bond hearing held:  yes_____  no_____  Bond hearing set for_____

Dated this__27th___day of __October___, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By_____
Deputy Clerk

Tape No._00- C 86_____

cc: Clerk for Judge
    U. S. Attorney
    Counsel for Defendant
    Pretrial Services

