D.C.

DEC 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

BARRY SMITH, ET AL

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for
<u>FRIDAY JANUARY 5, 2001 at 11:30 A.M.</u> at the U.S. District
Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale,
Florida.

TYPE OF PROCEEDING:

STATUS TO SET TRIAL DATE

CLARENCE MADDOX, CLERK

DATED: 12/12/00

BY: _P. Hart_

Deputy Clerk

