HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-
Date: 1/5/01
Courtroom Clerk: Y. Hunt
Court Reporter: Bravo
Probation Officer:
Interpreter:

Plaintiff(s): U.S.A.
Counsel: Bien

Defendant(s): D. Smith, et al
Counsel:

Reason For Hearing: Status

Result of Hearing/Judgment: 6-8 weeks days next trial (3 weeks w/ dif case). Aug 27, 2001 trial. Set status in 60 days - Mar 9, 2001 at 11:00 a.m.

Misc.:

182/00