HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR   Date: 3/7/01
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: ___   Interpreter: ___

Plaintiff(s): U.S.A.   Counsel: Byer

Defendant(s): S. Jones (J)   Counsel: P. Hunt
E. Parker (J)   S. Kirsner

Reason For Hearing: P. lea

Result of Hearing/Judgment: As plead & adj. as
guilty PS Ordered. sent. set
May 25, 2001 at 1:30 & 2:00 p.m.
As remanded.

Misc.: ___

201
D/11