UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,    :

           Plaintiff,    :

           v.    :

SAM JONES,    :

           Defendant.    :

_____    :

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Sam Jones, through counsel, respectfully moves for a continuance of his sentencing date from the currently scheduled date of May 25, 2001, to any date after the conclusion of the trial of his codefendants, and in support states as follows:

1.    Defendant entered a guilty plea in this matter on March 7, 2001. At that time, sentencing was set for May 25, 2001.

2.    As a part of his plea agreement, Mr. Jones is attempting to earn a sentence reduction by providing substantial assistance to the government. He has been debriefed on more than one occasion and has appeared before the grand jury. It is anticipated that he will be called upon to testify at the trial of his codefendants.

3.    The trial of the remaining codefendants has been set for August 27, 2001.

4.    A brief continuance of the sentencing in this matter would allow Mr. Jones to complete his cooperation prior to imposition of sentence. That would allow the government to fully

evaluate Mr. Jones' assistance, and would give the Court a more complete understanding of all the relevant facts prior to sentencing Mr. Jones.

5.    Defendant also asks that he be allowed more time for the filing of objections to the Presentence Investigation Report, as some issues that would otherwise be contested may be rendered moot by the filing of a substantial assistance motion.

6.    Counsel has spoken with Kathleen Rice, the Assistant United States Attorney who is handling this case for the government, who has advised counsel that the government has no objection to the granting of the relief requested in this motion.

7.    Mr. Jones is currently incarcerated, but agrees that a continuance is necessary, and has asked counsel to file this motion on his behalf.

WHEREFORE, the Defendant Sam Jones, through undersigned counsel, respectfully requests that the sentencing in this cause be continued until after the conclusion of the trial of his codefendants.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By:    _____
        Patrick M. Hunt
        Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 571962
        101 N.E. 3rd Avenue, Suite 202
        Ft. Lauderdale, Florida 33301
        (954) 356-7436/FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 16th day of May, 2001 to Kathleen Rice, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt