UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAM JONES, et al.,

    Defendants.   /

Case No.: 00-6162-CR-ROETTGER

**ORDER**

FILED by _____ D.C.
MAY 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court on Defendant Sam Jones' motion to continue sentencing presently set for Friday, May 25, 2001. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the motion to continue sentencing is hereby **GRANTED**. Sentencing will be re-noticed.

**DONE AND ORDERED** this __17__ day of __May__, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record