UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
BARRY SMITH, et al.,         )
                             )
            Defendants.      )
_____)



**GOVERNMENT'S WITNESS LIST**

    The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files its list of potential witnesses during the Government's case-in-chief in the above-captioned matter:

1. Commander Rickey Clarke, Broward Sheriff's Office
2. Michael Haynes
3. Jose Reyes
4. Ancel Pratt
5. Special Agent Andrew Thompson, Federal Bureau of Investigation
6. Michael Handler - St. Andrews at Winston Park
7. Timothy Wimberly

8. Sam Jones

9. William Bruce, Florida Highway Patrol

10. Detective Richard Pisanti, Broward Sheriff's Office

11. Leon Labossiere, West Palm Beach Towing Company

12. David Zufel, Nextel Communications, Inc.

13. Mantoie Hicks

14. Donovan Ellis

15. Ted Taranau, Broward Sheriff's Office

16. Jack McDonough, Federal Bureau of Investigation

17. Earl Parker

>     Respectfully submitted,
>
>     GUY A. LEWIS
>     UNITED STATES ATTORNEY
>
> By: */s/ Kathleen Rice/*
>     KATHLEEN RICE (FBN 100765)
>     ASSISTANT UNITED STATES ATTORNEY
>     NEIL J. KARADBIL
>     ASSISTANT UNITED STATES ATTORNEY
>     500 East Broward Boulevard, #700
>     Fort Lauderdale, Florida 33394
>     Telephone: (954) 356-7255 x3512
>     Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was hand-delivered this 27th day of August, 2001, to: Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Florida 33129-2335; Randee Golder, Esquire, Post Office Box 3756, Boynton Beach, Florida 33424; Michael Bloom, Esquire, 3225 Aviation Avenue, Suite 300, Coconut Grove, Florida 33133; Manuel Gonzalez, Jr., Esquire, 780 NW 42nd Avenue, Suite 318, Miami, Florida 33126-5536; Vincent Flynn, Esquire, 1221 Brickell Avenue, Suite 602, Miami, Florida 33131-3260; and Michael Entin, Esquire, One East Broward Boulevard, Suite 925, Fort Lauderdale, Florida 33301.

                                                        */s/ Kathleen Rice*
                                                        KATHLEEN RICE
                                                        ASSISTANT UNITED STATES ATTORNEY