FILED by D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCK   Date: 8/22/01

Courtroom Clerk: P. Hart   Court Reporter: Beene

Probation Officer: ___   Interpreter: ___

Plaintiff(s): U.S.A.   Counsel: Bice

Defendant(s): At B. Smith, et al   Counsel: all counsel present

Reason For Hearing: Status

Result of Hearing/Judgment: Fridays off, request for disclosure of PSI of witnesses + de-briefing reports of agents — resolved by all parties. Mot sever - Denied. Mot Cames by pre-trial - Denied.

Misc.: ___