FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR    Date: 8/27/01
Courtroom Clerk: P. Hart    Court Reporter: Burns
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.C.    Counsel: Bjie / Karabil

Defendant(s): B. Smith, et al    Counsel: all present

Reason For Hearing: Trial - Jury selection

Result of Hearing/Judgment: Jury selection contd to 8/28/01 for selection of alternates

Misc.: _____