FILED by _____ D.C.

AUG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 99-6162-CR-NCR   Date: 8/29/01
Courtroom Clerk: F. Hart   Court Reporter: Reinerts
Probation Officer: _____   Interpreter: _____
Plaintiff(s): U S C   Counsel: Byer/Bradlick

Defendant(s): D Smith, et al   Counsel: all counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial con't'd til 8/30/01

Misc.: _____