FILED by _____ D.C.

AUG ? 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR    Date: 8/30/01
Courtroom Clerk: J. Hart    Court Reporter: _____
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: _____ / Baudhuin

Defendant(s): B Smith, et al    Counsel: Bill Matthewman, Robert ____

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial continued to Sept 4, 2001

Misc.: