UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA                              Case No. 0(i-6162-CR-NCR

vs.

SMITH et AL

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk:

Docket Numbers

298 - 302