UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_USA_                              Case No. _OCi-6162-CR-NCR_

                         vs.
_SMITH ET AL_


SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.


Docket Clerk: _____

Docket Numbers _____

_298 - 302_