```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-6162-CR-ROETTGER
UNITED STATES OF AMERICA


v

SAM JONES
                                                          NOTICE


_____/
```

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY NOVEMBER 6, 2001 at 11:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

                    CLARENCE MADDOX, CLERK

DATED: 10/22/01

                    BY: _P. Hout_____
                            Deputy Clerk

