## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6162-CR-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SAM JONES | ) |
| _____ | ) |

## MOTION FOR SENTENCE REDUCTION PURSUANT TO U.S.S.G §5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, hereby states that the defendant SAM JONES has provided substantial assistance in the prosecution of another person who has committed an offense, and therefore moves that the Court depart from the otherwise applicable guideline sentence in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 E. Broward Blvd, Ste 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306, ext. 3512
Facsimile: (954) 356-7336

cc:    Special Agent Andrew Thompson
       Federal Bureau of Investigation



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail this ____ day of November, 2001 to: Patrick M. Hunt, Assistant Federal Public Defender, 100 East Broward Boulevard, Eleventh Floor, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY