FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR    Date: 11/6/01
Courtroom Clerk: P. Hart    Court Reporter: Belvies
Probation Officer: present    Interpreter:
Plaintiff(s): U.S.A.    Counsel: Bice

Defendant(s): S. Jones (J)    Counsel: P. Hunt

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Time served.

Misc.:

